UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP WATTS,<br>    Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>    Respondent. | 1:07-cv-00659 (Kollar-Kotelly, J)<br>D.N.J. Civ. Action No. 04-374 (JAP) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Philip B. Watts and the Securities and Exchange Commission hereby stipulate and agree to the dismissal of this action without prejudice. The parties further stipulate and agree that, as between them, each party shall bear its own costs and attorneys' fees incurred in this action.

Dated: February 22, 2008

Respectfully submitted,

____/s/_____            ___/s/___(*with permission*)_____
Joseph I. Goldstein (D.C. Bar No. 412240)            Kathleen Cody (D.C. Bar No. 412517)

Andrew J. Morris (D.C. Bar No. 411865)            Melinda Hardy (D.C. Bar No. 431906)
Adriaen M. Morse Jr. (D.C. Bar No.483347)            United States Securities and
Aimée D. Latimer (D.C. Bar No. 476693)            Exchange Commission
MAYER BROWN LLP                                    100 F Street, N.E.
1909 K Street, N.W.                                Washington, DC 20549-9612
Washington, DC 20006-1101                          Telephone: 202-551-5126
Telephone: 202-263-3000                            Facsimile: 202-772-9263
Facsimile: 202-263-3300                            *Counsel for the SEC*
*Counsel for Sir Philip B. Watts*


SO ORDERED : _____
                United States District Court Judge

Entered this ___ day of _____, 2008

## **Notice Pursuant to Local Rule 7(k)**

Notice of the entry of the Order should be served on the following persons:

>Melinda Hardy
>Kathleen Cody
>United States Securities and Exchange Commission
>100 F Street, NE
>Washington, DC 20549-9612
>Telephone: 202-551-5126
>Facsimile: 202-772-9263
>*Counsel for the SEC*
>
>Joseph I. Goldstein
>Andrew J. Morris
>Adriaen M. Morse Jr.
>Aimée D. Latimer
>MAYER, BROWN LLP
>1909 K Street, N.W.
>Washington, DC 20006-1101
>Telephone: 202-263-3000
>Facsimile: 202-263-3300
>*Counsel for Sir Philip B. Watts*