UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP WATTS, )
    Petitioner, )
)
v. )
) 1:07-cv-00659 (Kollar-Kotelly, J)
SECURITIES AND EXCHANGE ) D.N.J. Civ. Action No. 04-374 (JAP)
COMMISSION, )
    Respondent. )
)

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Philip B. Watts and the Securities and Exchange Commission hereby stipulate and agree to the dismissal of this action without prejudice. The parties further stipulate and agree that, as between them, each party shall bear its own costs and attorneys' fees incurred in this action.

Dated: February 22, 2008

Respectfully submitted,

| /s/ | /s/ (with permission) |
|---|---|
| Joseph I. Goldstein (D.C. Bar No. 412240) | Kathleen Cody (D.C. Bar No. 412517) |
| | |
| Andrew J. Morris (D.C. Bar No. 411865) | Melinda Hardy (D.C. Bar No. 431906) |
| Adriaen M. Morse Jr. (D.C. Bar No.483347) | United States Securities and |
| Aimée D. Latimer (D.C. Bar No. 476693) | Exchange Commission |
| MAYER BROWN LLP | 100 F Street, N.E. |
| 1909 K Street, N.W. | Washington, DC 20549-9612 |
| Washington, DC 20006-1101 | Telephone: 202-551-5126 |
| Telephone: 202-263-3000 | Facsimile: 202-772-9263 |
| Facsimile: 202-263-3300 | *Counsel for the SEC* |
| *Counsel for Sir Philip B. Watts* | |

SO ORDERED: _____Collen Kollar-Kotelly_____
                    United States District Court Judge

Entered this 25 day of Feb , 2008

**Notice Pursuant to Local Rule 7(k)**

Notice of the entry of the Order should be served on the following persons:

    Melinda Hardy
    Kathleen Cody
    United States Securities and Exchange Commission
    100 F Street, NE
    Washington, DC 20549-9612
    Telephone: 202-551-5126
    Facsimile: 202-772-9263
    *Counsel for the SEC*

    Joseph I. Goldstein
    Andrew J. Morris
    Adriaen M. Morse Jr.
    Aimée D. Latimer
    MAYER, BROWN LLP
    1909 K Street, N.W.
    Washington, DC 20006-1101
    Telephone: 202-263-3000
    Facsimile: 202-263-3300
    *Counsel for Sir Philip B. Watts*